**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Frank David REYNOLDS, Defendant—
Appellant.**

No. 02–35548.

D.C. Nos. CV–01–03087–RE,
CR–97–30001–JAR.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 10, 2002.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

## MEMORANDUM**

Federal prisoner Frank Reynolds appeals the district court's denial of his 28 U.S.C. § 2255 motion to vacate, set aside or correct his sentence for his conviction for manufacturing marijuana in violation of 21 U.S.C. § 841(a)(1). Reynolds contends that his prior waiver of his right to challenge his sentence was rendered invalid because his sentence is illegal under the subsequently-decided *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Reynolds' contention is foreclosed by *United States v. Sanchez–Cervantes*, 282 F.3d 664, 671 (9th Cir.2002) (holding that the rule announced in *Apprendi* does not apply retroactively to cases on collateral review).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).